# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 17-50629
Summary Calendar

United States Court of Appeals
Fifth Circuit

**FILED**

March 14, 2018

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

CRISTO JESUS SANCHEZ-RIVERA, also known as Cristo Sanchez,

Defendant-Appellant

Appeal from the United States District Court
for the Western District of Texas
USDC No. 1:17-CR-166-1

Before HIGGINBOTHAM, JONES, and SMITH, Circuit Judges.

PER CURIAM:*

The Federal Public Defender appointed to represent Cristo Jesus
Sanchez-Rivera has moved for leave to withdraw and has filed a brief in
accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States
v. Flores*, 632 F.3d 229 (5th Cir. 2011). Sanchez-Rivera has not filed a
response. We have reviewed counsel's brief and the relevant portions of the
record reflected therein. We concur with counsel's assessment that the appeal

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not
be published and is not precedent except under the limited circumstances set forth in 5TH
CIR. R. 47.5.4.

No. 17-50629

presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is **GRANTED**, counsel is excused from further responsibilities herein, and the **APPEAL IS DISMISSED**. *See* 5TH CIR. R. 42.2.